IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAWRENCE ALBERTIE,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5507

Opinion filed March 2, 2015.

An appeal from an order of the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Lawrence Albertie, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, ROWE, and MAKAR, JJ., CONCUR.